Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

---

## UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.   Docket No. 7:22-CR-00103-1 (CS)

Carlos Charles

On May 28. 2021, the above named was placed on Supervised Release for a period of 60 months. He has complied with the rules and regulations of Supervised Release and we believe that a reduction in supervision is warranted. It is accordingly recommended that Carlos Charles' Supervised Release be reduced by one (1) year.

Respectfully submitted,

by _____
Erin Weinrauch
Supervisory U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that Carlos Charles be granted ~~a one (1) year~~ an 18-month reduction in his Supervised Release term with a new maximum expiration date of ~~May 27, 2025.~~ 11/27/2024.

Date this __12th__ day of __December__, 20 __22__.

_____
Honorable Cathy Seibel
U.S. District Judge

*If all goes well in the next year, feel free to seek another reduction.*

CS